IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Andy Papandreou, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 18-cv-7005 |
| vs. ) | |
| ) | Honorable Judge Castillo |
| Midland Funding, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Andy Papandreou through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby inform this Court that the parties have reached a settlement which will resolve the case on an individual basis. Plaintiffs expect to complete the settlement within the next 30 days and file a Stipulation to Dismiss with prejudice. Plaintiffs request that this Court strike all pending dates.

Respectfully submitted,

s/Paul M. Waldera
Paul M. Waldera

Daniel A. Edelman
Cassandra P. Miller
Paul M. Waldera
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Paul M. Waldera, hereby certify that on Monday, December 10, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all counsel of record.

                                            s/Paul M. Waldera
                                            Paul M. Waldera

Daniel A. Edelman
Cassandra P. Miller
Paul M. Waldera
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)